# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 3/26/2015

**NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/26/2015 3:02:15 PM

CHRISTOPHER A. PRINE
Clerk

**TO:**     **1ST COURT OF APPEALS**

**From:**     **Deputy Clerk: MICHELLE LOPEZ
Chris Daniel, District Clerk
Harris County, T E X A S**

**CAUSE:**     2008-75812B

**VOLUME** _____ **PAGE** _____    **OR**    **IMAGE #** 63520978

**DUE** 4/2/2015      **ATTORNEY** 15083020

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 12/9/2014

**MOTION FOR NEW TRIAL DATE FILED** n/a

**REQUEST TRANSCRIPT DATE FILED** 3/23/2015

**NOTICE OF APPEAL DATE FILED** 3/23/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 10

**FILE ORDERED:**   **YES** ☐   **NO** ☒   **IMAGED FILED:**   **YES** ☒   **NO** ☐

**CODES FOR NOTICE OF APPEAL:** D, O

CHRIS DANIEL
Harris County, District Clerk

By: _/s/MICHELLE LOPEZ
**MICHELLE LOPEZ, Deputy**

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C     JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

**Cause No. 2008-75812-B**

| | | |
|---|---|---|
| **Carolyn James** | § | **IN THE DISTRICT COURT OF** |
| **vs.** | § | **HARRIS COUNTY, TEXAS** |
| **Richard Stephen Calkins, et al** | § | **61st JUDICIAL DISTRICT** |

**NOTICE OF APPEAL**

**TO THE HONORABLE AL BENNETT:**

COMES NOW, Mary Olive Calkins, by and through Agent-in-Fact, Richard Stephen Calkins, and gives notice of appeal to the First Court of Appeals[1] of the Court's final judgment of December 9, 2014, granting the motion to sever of Sharon Gardner and Crain, Caton & James, P.C. (collectively "CC&J"), and to the order granting summary judgment of CC&J on February 6, 2012, thus creating Cause Number 2008-75812-B

In addition to the items required by T.R.A.P., Rule 34.5, Mary Olive Calkins, by and through Agent-in-Fact, Richard Stephen Calkins hereby designates the following items to be included in the Clerk's record for this appeal:

1. The *Opinion of the Honorable First Court of Appeals* issued on or about February 27, 2014, in Cause Number 01-12-00445-CV; Trial Court Case Number 2008-75812-A, 61st District Court;

2. The *Original* Petition in Cause Number 2008-75812, filed on or about December 29, 2008, in the 61st District Court;

3. *Plea To The Jurisdiction, Special Exceptions And Subject Thereto, Original Answer Of Counter-Defendants Sharon B. Gardner And Crain Caton & James, PC*, filed on or about June 9, 2009;

---

[1] Pursuant to Tex. S. Ct. Misc Order 06-9158, the case shall be assigned to the 1st Court of Appeals based on prior appeals. See *James v. Underwood, 438 S.W.3d 704* (Tex. App.–Houston [1st Dist.] 2014); *James v. Goehrs*, 2014 Tex. App. Lexis 2262 [1st Dist.] 2014); *James v. Calkins*, 446 S.W.3d 135 (Tex.App.–Houston [1st Dist.] 2014)

1

4.      *Motion for "New Trial" / Vacate and Dismiss for Lack of Jurisdiction* filed on or about January 8, 2015;

5.      *Request for Judicial Notice of the Filing and Statements of Carolyn James in the First Court of Appeals*, filed on or about December 18, 2013, with Exhibits A and B;

6.      *Order* of Interlocutory Summary Judgment in Cause No. 2008-75812, dated February 6, 2012, filed on or about February 6, 2012;

7.      The *Order* of Severance from 2008-75812, filed on or about December 9, 2014,

8.      *Original Answer of Counter Defendant, Sharon B. Gardner*, filed on or about April 16, 2009;

9.      *Original Answer of Counter Defendant, Crain, Caton & James, P.C.,* filed on or about April 16, 2009;

10.     *Order* granting disqualification of Sharon Gardner and Crain Caton & James, P.C., filed on or about June 4, 2009;

Respectfully submitted,

/S/ Susan C. Norman
Susan C. Norman
Texas Bar No. 15083020
P. O. Box 52518
Houston, Texas 77052
(281) 802-5341
Fax: (281) 605-1822
SueNorman@suenormanlaw.com


**CERTIFICATE OF SERVICE**

On this the 23rd day of March, 2015, I certify that I delivered a true and correct copy of this instrument to lead counsel pursuant to TRCP Rules 21 and 21a.

/s/ Susan C. Norman

2

2008-75812b (3) 46 Court: 061

Filed 12 August 22 P2:07
Chris Daniel - District Clerk
Harris County
ED101J017038856
By: Wanda Chambers

## NO. 2008-75812

| | | |
|---|---|---|
| CAROLYN JAMES | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| RICHARD STEPHEN CALKINS, | § | |
| ET AL. | § | 61ST JUDICIAL DISTRICT |

## ORDER

The Court has carefully considered the motion to sever filed by Sharon Gardner and Crain, Caton & James, P.C. (collectively "CC&J"). The Court orders:

- that CC&J's motion to sever is granted;

- that the claims asserted by Richard Stephen Calkins, Sr., individually and in all representative capacities, including as agent and attorney-in-fact for Mary Olive Calkins and as trustee of Mary Olive Calkins' trusts, ("Calkins"), against CC&J are now and hereby severed from this lawsuit;

- that the Clerk of this Court docket the severed cause number under No. 2008-75812-B with Calkins as the plaintiff and CC&J as the defendants; and

- that the Clerk of the Court prepare certified copies of the following instruments and file such certified copies in No. 2008-75812-B:

(1) Original Petition For Declaratory Judgment, filed on or about December 29, 2008 in the 61st Judicial District Court of Harris County, Texas;

(2) Defendant Richard Steve Calkins, Sr.'s, Original Answer, Counterclaim, And Third-Party Action, With Requests For Disclosure And Discovery, filed on or about February 25, 2009 in the 61st Judicial District Court of Harris County, Texas;

(3) Original Answer Of Counter-Defendant, Crain, Caton & James, P.C., filed on or about April 15, 2009 in the 61st Judicial District Court of Harris County, Texas;

H:\DATA\cgi001\30591\574232.DOC

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

(4)     Original Answer Of Counter–Defendant, Sharon B. Gardner, filed on or about April 15, 2009 in the 61st Judicial District Court of Harris County, Texas;

(5)     Ninth Amended Counterclaim And Third–Party Claim, filed on or about December 4, 2009 in the 61st Judicial District Court of Harris County, Texas;

(6)     Sharon B. Gardner's And Crain, Caton & James, P.C.'s No–Evidence Motion For Summary Judgment As To All Claims And Causes Of Action Asserted Against Them By Richard Stephen Calkins, Sr., In His Individual And Representative Capacities, filed on or about January 20, 2010 in the 61st Judicial District Court of Harris County, Texas;

(7)     Notice Of Submission for February 15, 2010 as to Sharon B. Gardner's And Crain, Caton & James, P.C.'s No–Evidence Motion For Summary Judgment As To All Claims And Causes Of Action Asserted Against Them By Richard Stephen Calkins, Sr., In His Individual And Representative Capacities, filed on or about January 20, 2010 in the 61st Judicial District Court of Harris County, Texas;

(8)     Sharon B. Gardner's And Crain, Caton & James, P.C.'s No–Evidence Motion For Summary Judgment As To Richard Stephen Calkins, Sr.'s Civil Rights Claims, filed on or about January 20, 2010 in the 61st Judicial District Court of Harris County, Texas;

(9)     Notice Of Submission for February 15, 2010 as to Sharon B. Gardner's And Crain, Caton & James, P.C.'s No–Evidence Motion For Summary Judgment As To Richard Stephen Calkins, Sr.'s Civil Rights Claims, filed on or about January 20, 2010 in the 61st Judicial District Court of Harris County, Texas;

(10)    First Amended Notice Of Submission for March 1, 2010 as to Sharon B. Gardner's And Crain, Caton & James, P.C.'s No–Evidence Motion For Summary Judgment As To All Claims And Causes Of Action Asserted Against Them By Richard Stephen Calkins, Sr., In His Individual And Representative Capacities, filed on or about February 8, 2010 in the 61st Judicial District Court of Harris County, Texas;

(11)    First Amended Notice Of Submission for March 1, 2010 as to Sharon B. Gardner's And Crain, Caton & James, P.C.'s No–Evidence Motion For Summary Judgment As To Richard Stephen

– 2 –

H:\DATA\cgi001\30591\574232.DOC

Calkins, Sr.'s Civil Rights Claims, filed on or about February 8, 2010 in the 61st Judicial District Court of Harris County, Texas;

(12) Richard Stephen Calkins' & Michael Easton's Objections To Sharon Gardner's And Crain, Caton & James, P.C. Caton And James' Untimely Motions For Summary Judgment And Motion For A Continuance, [If Necessary], filed on or about February 8, 2010 in the 61st Judicial District Court of Harris County, Texas;

(13) Sharon B. Gardner's And Crain, Caton & James, P.C.'s Response To Richard Stephen Calkins, Sr.'s And Michael Easton's (A) Objections To Motions For Summary Judgment; And (B) Motion For Continuance, filed on or about February 26, 2010 in the 61st Judicial District Court of Harris County, Texas;

(14) Order granting Sharon B. Gardner's And Crain, Caton & James, P.C.'s No–Evidence Motion For Summary Judgment As To Richard Stephen Calkins, Sr.'s Civil Rights Claims, as signed by the Honorable Al Bennett on May 9, 2011;

(15) Order granting Sharon B. Gardner's And Crain, Caton & James, P.C.'s No–Evidence Motion For Summary Judgment As To All Claims And Causes Of Action Asserted Against Them By Richard Stephen Calkins, Sr., In His Individual And Representative Capacities, as signed by the Honorable Al Bennett on February 6, 2012;

(16) the order granting this motion to sever; and

(17) the Court's docket sheet.

**DEC 0 9 2014**

Signed, this _____ day of _____ 2012

_____
Judge Presiding

– 3 –

JWEB     INT   65.10   CIVIL SYSTEM CIVIL CASE INTAKE  LORI MICHELLE ASHLEY  MARCH 26, 2015

(8) CONNECTION(S) FOUND.

| | |
|---|---|
| CASE NUM: | **200875812B** |

PJN:        TRANS NUM:      CURRENT COURT:

| | |
|---|---|
| CASE TYPE: | **DECLARATORY JUDGMENT** |
| CASE STATUS: | **ACTIVE** |
| STYLE: | **CALKINS, RICHARD STEPHEN SR** |
| VS | **CRAIN CATON & J** |

**** ACTIVE PARTIES ****

| PJN | PER/CONN NO | COC | BAR | PERSON NAME |
|---|---|---|---|---|
| ☐ | 00001-0001 | PLAINT | 15083020 | CALKINS, RICHARD STEPHEN S |
| ☐ | 00001-0002 | CROSS | 15083020 | CALKINS, RICHARD STEPHEN S |
| ☐ | 00002-0001 | DEFEN | 00797486 | CRAIN CATON & JAMES PC |
| ☐ | 00003-0001 | DEFEN | 00797486 | GARDNER, SHARON |
| ☐ | 00003-0002 | THIRD I | | GARDNER, SHARON |
| ☐ | 00004-0001 | DEFEN | | JAMES, CAROLYN |
| ☐ | 00004-0002 | CROSS | | JAMES, CAROLYN |
| ☐ | 00005-0001 | THIRD I | 15083020 | CALKINS, RICHARD STEPHEN J |